United States District Court
Southern District of Texas
FILED

APR 2 2 2005

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

APR 2 2005 MMM

Michael J. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. L-05-CR-387 |
| | § | |
| Agustin Bernabe-Garcia | § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on April 13, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 22st day of April,  2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE